IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| CRYSTAL MOLINA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | )   Civil Action No. 6:06-CV-015-C |
| Defendant. | )   ECF |

## ORDER OF DISMISSAL

**THIS MATTER** comes before the court on the Report and Recommendation filed August 28, 2006 (Doc. 10). Neither party has filed objections within the period specified in 28 U.S.C. § 636(b)(1).

**WHEREFORE,**

**IT IS HEREBY ORDERED** that the Report and Recommendation is adopted by the court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or comply with the order to show cause.

**IT IS FURTHER ORDERED** that a Judgment in accordance with the terms of this order shall be entered forthwith.

DATED this 21st day of September, 2006.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT